IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ELIZABETH MCKNATT                                    PLAINTIFF

v.                    No. 3:23-cv-178-DPM

N. FAUST, Warden, McPherson Unit, ADC;
AMY ADAMS, Sgt., McPherson Unit, ADC;
ROBERT POTTER, Sgt., McPherson Unit,
ADC; CHAD BAKER, Lt. McPherson Unit,
ADC; JOHNNIE SWIFT, Major, McPherson
Unit, ADC                                            DEFENDANT

ORDER

The Court adopts Magistrate Judge Volpe's unopposed recommendation, *Doc. 7*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Any *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

21 September 2023