# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**ELIZABETH MCKNATT**
**ADC #712901**                                                                                              **PLAINTIFF**

v.                              No. 3:23-cv-178-DPM

**NURZUHAL FAUST, Warden;**
**AMY ADAMS, Sgt.;**
**ROBERT POTTER, Sgt.;**
**CHAD BAKER, Lt.; and**
**JOHNNIE SWIFT, Major,**
**McPherson Unit, ADC**                                                                                    **DEFENDANTS**

## ORDER

McKnatt's unopposed motion to dismiss her claims against Faust, Swift, and Baker, *Doc. 38*, is granted.  Fed. R. Civ. P. 41(a)(2).  The case proceeds against Potter and Adams.  An *in forma pauperis* appeal from this Order would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 June 2024