IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ELIZABETH MCKNATT**
**ADC #712901**                                                                              **PLAINTIFF**

v.                          No. 3:23-cv-178-DPM

**AMANDA ADAMS, Sgt., McPherson Unit,**
**ADC and ROBERT POTTER, Sgt.**
**McPherson Unit, ADC**                                                          **DEFENDANTS**

## ORDER

Motion, *Doc. 68*, denied. The discovery deadline was 13 June 2024. *Doc. 24.* The motion for summary judgment was filed in September. Magistrate Judge Volpe's recommendation was filed in November. McKnatt hasn't shown good cause for reopening discovery at this point.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 January 2025