IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ELIZABETH MCKNATT
ADC #712901                                                                               PLAINTIFF

v.                                    No. 3:23-cv-178-DPM

AMANDA ADAMS, Sgt.,
McPherson Unit, ADC and
ROBERT POTTER, Sgt.,
McPherson Unit, ADC                                                                    DEFENDANTS

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Volpe's recommendation, *Doc. 64*. Fed. R. Civ. P. 72(b)(3). McKnatt's motion, *Doc. 70*, which the Court reads as her objection to the recommendation, is overruled and denied. It's clear that Sergeant Potter is entitled to qualified immunity. Sergeant Adams is a closer call. A jury could find that she was negligent. But negligence isn't deliberate indifference. *Patterson v. Kelley*, 902 F.3d 845, 852 (8th Cir. 2018). McKnatt hasn't raised a genuine issue of material fact as to whether Sergeant Adams was deliberately indifferent to the risk posed by Hatley. Her failure to protect claim against Sergeant Adams therefore fails as a matter of law.

Sergeant Adams's and Sergeant Potter's motion for summary judgment, *Doc. 52*, is granted. Any *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*NPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 February 2025