# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

ELIZABETH MCKNATT
ADC #712901                                                                    PLAINTIFF

v.                          No. 3:23-cv-178-DPM

NURZUHAL FAUST, Warden,
McPherson Unit, ADC; AMANDA
ADAMS, Sgt., McPherson Unit,
ADC; ROBERT POTTER, Sgt.,
McPherson Unit, ADC; CHAD
BAKER, Lt., McPherson Unit, ADC;
and JOHNNIE SWIFT, Major,
McPherson Unit, ADC                                                            DEFENDANTS

## JUDGMENT

McKnatt's Eighth Amendment claim for monetary damages against Sergeant Adams and Sergeant Potter in their individual capacities, and her Eighth Amendment claim for declaratory and injunctive relief against Sergeant Adams and Sergeant Potter in their official capacities, are dismissed with prejudice. Her other claims are dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 February 2025